BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CV-01000-AWI-GSA |
| Plaintiff, | **AMENDED FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $6,822.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the defendant approximately $6,822.00 in U.S. Currency (hereafter "defendant currency") seized on or about December 23, 2010.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June 16, 2011, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6). An *Amended*[1] Verified Complaint for Forfeiture *In Rem*, ("*Amended* Complaint") was filed on June 17, 2011, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On June 29, 2011, the Clerk issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on

---

**1/** The *Amended* Complaint was filed solely to correct typographical errors.

July 19, 2011.

4.     Beginning on July 9, 2011, notice of this action was published, for at least 30 consecutive days, on the official internet government forfeiture site www.forfeiture.gov as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

5.     In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a.     Eduardo Montes Herrera

    b.     Jorge Herrera Montes

    c.     Daniel A. Bacon, attorney

6.     The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Jorge Herrera Montes on September 16, 2011.  Pursuant to Local Rule 540, the United States and potential claimant Eduardo Montes Herrera joined together in a request that, as part of this Final Judgment of Forfeiture in this case, the Court enter a default judgment against the interest, if any, of Jorge Herrera Montes.

7.     No parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.     The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.     That judgment is hereby entered against potential claimants Eduardo Montes Herrera, Jorge Herrera Montes, and all other potential claimants who have not filed claims in this action.

3.     Upon entry of this Amended Final Judgment of Forfeiture, $5,422.00 of the defendant approximately $6,822.00 in U.S. Currency, together with any

1  interest that has accrued on the entire $6,822.00, shall be forfeited to the United
2  States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3      4.    Upon entry of this Amended Final Judgment of Forfeiture, but no later
4  than 45 days thereafter, $1,400.00 of the defendant approximately $6,822.00 in
5  U.S. Currency shall be returned to potential claimant Eduardo Montes Herrera
6  through his attorney Daniel A. Bacon, 5200 North Palm Avenue, Suite 408, Fresno,
7  California 93704-2225, (559) 241-7000.

8      5.    That the United States of America and its servants, agents, and
9  employees and all other public entities, their servants, agents, and employees, are
10 released from any and all liability arising out of or in any way connected with the
11 seizure, arrest, or forfeiture of the defendant currency.  This is a full and final
12 release applying to all unknown and unanticipated injuries, and/or damages arising
13 out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.
14 The parties waived the provisions of California Civil Code § 1542.

15     6.    That pursuant to the stipulation of the parties, and the allegations set
16 for the *Amended* Complaint filed on June 17, 2011, the Court finds that there was
17 reasonable cause for arrest and seizure of the defendant currency, and for the
18 commencement and prosecution of this forfeiture action, and a Certificate of
19 Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

20     7.    All parties are to bear their own costs and attorneys fees.

21     8.    The U.S. District Court for the Eastern District of California, Hon.
22 Anthony W. Ishii, Chief District Judge, shall retain jurisdiction to enforce the terms
23 of this Amended Final Judgment of Forfeiture.

24 IT IS SO ORDERED.

25 Dated:  January 24, 2012

26                            CHIEF UNITED STATES DISTRICT JUDGE